IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-cr-0110 SI |
| Plaintiff, | **ORDER SETTING REVISED TRIAL AND PRETRIAL DATES** |
| v. | |
| SHIU LUNG LEUNG, | |
| Defendant. | |

On August 20, 2012, the Court held a conference with counsel for plaintiff and for defendant Leung. Defendant Leung's presence was waived by counsel and the Court.

**1.   Trial and pretrial dates:**

The current trial and pretrial dates are vacated. The remaining trial and pretrial dates are rescheduled as follows:

Final pretrial conference          October 30, 2012 at 10:00 a.m.

Jury selection                     November 20, 2012 at 8:30 a..m.

Jury trial                         November 26, 2012 at 8:30 a.m.

**2.   Trial length:**

It was agreed among counsel that the trial will last no more than 4 weeks. It is agreed that the jury will be selected on the basis that the trial will be completed prior to the week of December 24, 2012.

**3.    Jury questionnaire:**

Defendant seeks to use a jury questionnaire. If a questionnaire is to be used, a stipulated form of questionnaire must be submitted to the Court by September 7, 2012. The Court will confer with David Weir, jury commissioner, to determine when and how the questionnaire will be presented to the potential jurors.

**4.    Reference to Judge Spero:**

The parties agreed to confer with Magistrate Judge Joseph Spero to discuss possible resolution short of trial. Judge Spero will contact the parties to arrange for such conference(s).

**5.    Exclusion of time:**

The parties agreed that it is appropriate to exclude the time until November 26, 2012 from the speedy trial clock. Counsel for the plaintiff will prepare a written order to that effect. Counsel for defendant Leung is ordered to provide Mr. Leung with a copy of this Order, as well as to inform him of the new dates agreed to at this conference.

**IT IS SO ORDERED.**

Dated: August 27, 2012

SUSAN ILLSTON
United States District Judge

2