1
2
3
4
5
6
7

HEATHER S. TEWKSBURY (Cal. Bar No. 222202)
BRENT C. SNYDER (Cal. Bar No. 165888)
Antitrust Division
United States Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Telephone:    (415) 436-6660
Facsimile:     (415) 436-6687
Heather.tewksbury@usdoj.gov
Attorneys for the United States

8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES OF AMERICA

v.

SHIU LUNG LEUNG, aka CHAO-LUNG
LIANG and STEVEN LEUNG

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CR-09-0110 SI

**STIPULATION AND [PROPOSED]
ORDER AS TO ADMISSIBILITY OF
CERTAIN EVIDENCE**

Trial Date: November 26, 2012
Time:  8:30 a.m.
Judge:  Hon. Susan Illston
Place:  Courtroom 10, 19th Floor

24
25
26
27
28

DOCUMENT STIPULATION
[CR-09-0110 SI]

1    In light of the Court's pretrial ruling overruling the defendant's objections, the parties hereby

2    stipulate as follows:

3         1.      The documents listed in Attachment A are admitted into evidence.

4    .

5         IT IS SO STIPULATED.

6

7    DATED:        December 5, 2012              Respectfully submitted,

8

9    Dennis Cashman                              /s/ Heather S. Tewksbury
                                                 Heather S. Tewksbury
10   Dara Cashman                                Antitrust Division
     Law Office of Dennis Cashman               U.S. Department of Justice
11   Attorneys for Shiu Lung Leung

12

13

14        IT IS SO ORDERED.

15   Dated: _____        _____

16
                                        Honorable Susan Illston,
17                                       United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

                                          1

DOCUMENT STIPULATION
[CR-09-0110 SI]

**ATTACHMENT A**

| Government Exhibit No. | Beginning Bates No./ Document Title | Ending Bates No. | Document Date | Description |
|---|---|---|---|---|
| 6 | AU-MDL-03356456 | AU-MDL-03356460 | 5/31/2002 | Email: "Important -- 5/8 1:30pmMeeting Agenda  (Confidential)" |
| 6T | AU-MDL-03356456(T) | AU-MDL-03356460(T) | | Translation of Government Exhibit 6 |
| 7 | AU-MDL-03356432 | AU-MDL-03356434 | 6/6/2002 | Email: "6/5 Industry Operation Meeting Summary  (Confidential)" |
| 7T | AU-MDL-03356432(T) | AU-MDL-03356434(T) | | Translation of Government Exhibit 7 |
| 8 | AU-MDL-08431951 | AU-MDL-08431951 | 10/14/2002 | Email: "Important Reminder -- Crystal Operation Meeting 10/18 2pm" |
| 8T | AU-MDL-08431951(T) | AU-MDL-08431951(T) | | Translation of Government Exhibit 8 |
| 9 | AU-MDL-08431950 | AU-MDL-08431950 | 11/8/2002 | Email: "IMPORTANT -- Crystal Operation Meeting 11/08 9am" |
| 9T | AU-MDL-08431950(T) | AU-MDL-08431950(T) | | Translation of Government Exhibit 9 |
| 10 | AU-MDL-08431949 | AU-MDL-08431949 | 1/8/2003 | Email: "IMPORTANT -- Crystal Operation Meeting 1/09 9:30am" |
| 10T | AU-MDL-08431949(T) | AU-MDL-08431949(T) | | Translation of Government Exhibit 10 |
| 11 | AU-MDL-08431948 | AU-MDL-08431948 | 2/10/2003 | Email: "IMPORTANT -- Crystal Operation Meeting 2/13 9am" |
| 11T | AU-MDL-08431948(T) | AU-MDL-08431948(T) | | Translation of Government Exhibit 11 |
| 13 | AU-MDL-07744358 | AU-MDL-07744359 | 3/14/2003 | Email: "Need Help -- Meeting w/HB & BU Heads" |
| 13T | AU-MDL-07744358(T) | AU-MDL-07744359(T) | | Translation of Government Exhibit 13 |
| 14 | AU-MDL-03356468 | AU-MDL-03356470 | 3/21/2003 | Email: "Important -- Crystal Operation Meeting Highlights (3/20/2003)" |
| 14T | AU-MDL-03356468(T) | AU-MDL-03356470(T) | | Translation of Government Exhibit 14 |
| 15 | AU-MDL-07739957 | AU-MDL-07739959 | 4/10/2003 | Email: "RE: Important Reminder -- Crystal Operation Meeting 4/11 9am" |

## ATTACHMENT A

| 15T | AU-MDL-07739957(T) | AU-MDL-07739959(T) | | Translation of Government Exhibit 15 |
|---|---|---|---|---|
| 16 | AU-MDL-03356471 | AU-MDL-03356472 | 4/12/2003 | Email: "Important -- Crystal Operation Meeting Highlights (4/11/2003)" |
| 16T | AU-MDL-03356471(T) | AU-MDL-03356472(T) | | Translation of Government Exhibit 16 |
| 19 | AU-MDL-02893950 | AU-MDL-02893952 | 6/11/2003 | Email: "Confidential -- Crystal Operation Meeting Highlights (6/11/2003)" |
| 20 | AU-MDL-07757197 | AU-MDL-07757197 | 7/8/2003 | Email: "Coordinator for Crystal Operation Meeting" |
| 20T | AU-MDL-07757197(T) | AU-MDL-07757197(T) | | Translation of Government Exhibit 20 |
| 21 | AU-MDL-02905724 | AU-MDL-02905726 | 7/9/2003 | Email: "Confidential -- Crystal Operation Meeting Highlights (7/09/2003)" |
| 22 | AU-MDL-03356487 | AU-MDL-03356487 | 8/4/2003 | Email: "URGENT Reminder -- Crystal Operation Meeting 8/05 2:30pm" |
| 22T | AU-MDL-03356487(T) | AU-MDL-03356487(T) | | Translation of Government Exhibit 22 |
| 23 | AU-MDL-02721356 | AU-MDL-02721359 | 8/13/2003 | Email: "Confidential -- Crystal Operation Meeting Highlights (8/05/2003)" |
| 25 | AU-MDL-02958573 | AU-MDL-02958577 | 11/14/2003 | Email: "Confidential !! -- Crystal Operation Meeting Highlights (9/5/2003)" |
| 25T | AU-MDL-02958573(T) | AU-MDL-02958577(T) | | Translation of Government Exhibit 25 |
| 26 | AU-MDL-08431912 | AU-MDL-08431912 | 10/2/2003 | Email: "Important Reminder -- Crystal Operation Meeting 10/03 2:30pm" |
| 26T | AU-MDL-08431912(T) | AU-MDL-08431912(T) | | Translation of Government Exhibit 26 |
| 27 | AU-MDL-04721170 | AU-MDL-04721172 | 10/8/2003 | Email: "Confidential !! -- Crystal Operation Meeting Highlights (10/3/2003) -I" |
| 28 | AU-MDL-02958654 | AU-MDL-02958657 | 11/14/2003 | Email: "Confidential !! -- Crystal Operation Meeting Highlights (11/7/2003)" |
| 29 | AU-MDL-03356479 | AU-MDL-03356479 | 12/9/2003 | Email: "Important Reminder -- Crystal Operation Meeting 12/10 2:30pm" |
| 29T | AU-MDL-03356479(T) | AU-MDL-03356479(T) | | Translation of Government Exhibit 29 |

## ATTACHMENT A

| 30 | AU-MDL-03356224 | AU-MDL-03356224 | 12/10/2003 | Report re: "Domestic Business Trip Report" |
|---|---|---|---|---|
| 30T | AU-MDL-03356224(T) | AU-MDL-03356224(T) | | Translation of Government Exhibit 30 |
| 31 | AU-MDL-03555165 | AU-MDL-03555168 | 12/12/2003 | Email: "Confidential !! -- Crystal Operation Meeting Highlights (12/10/2003)" |
| 35 | AU-MDL-04514724 | AU-MDL-04514726 | 1/13/2004 | Email: "Crystal meeting on 1/16" |
| 38 | AU-MDL-04513857 | AU-MDL-04513859 | 1/27/2004 | Email: "Crystal meeting on 02/05 2004" |
| 40 | AU-MDL-03555396 | AU-MDL-03555399 | 2/6/2004 | Email: "Confidential---Crystal meeting highlight (02/05 /2004)" |
| 40T | AU-MDL-03555396(T) | AU-MDL-03555399(T) | | Translation of Government Exhibit 40 |
| 42 | AU-MDL-04511211 | AU-MDL-04511212 | 2/27/2004 | Email: "Crystal meeting on 03/05" |
| 45 | AU-MDL-08398385 | AU-MDL-08398385 | 3/29/2004 | Email: "RE: Important Reminder -- Crystal Operation Meeting 4/02 9am" |
| 45T | AU-MDL-08398385(T) | AU-MDL-08398385(T) | | Translation of Government Exhibit 45 |
| 48 | AU-MDL-07794953 | AU-MDL-07794953 | 4/19/2004 | Email: "Important Reminder -- Crystal Operation Meeting 5/6th 14:30" |
| 48T | AU-MDL-07794953(T) | AU-MDL-07794953(T) | | Translation of Government Exhibit 48 |
| 49 | AU-MDL-03368199 | AU-MDL-03368202 | 5/13/2004 | Email: "FYI: Confidential---Crystal meeting highlight (05/07 /2004)" |
| 50 | AU-MDL-04433107 | AU-MDL-04433110 | 6/7/2004 | Email: "Confidential---Crystal meeting highlight 2004/6/4" |
| 51 | AU-MDL-04428114 | AU-MDL-04428117 | 7/9/2004 | Email: "Confidential---Crystal meeting highlight 2004/7/8" |
| 53 | AU-MDL-03572165 | AU-MDL-03572165 | 7/20/2004 | Report re: "Crystal meeting" |
| 53T | AU-MDL-03572165(T) | AU-MDL-03572165(T) | | Translation of Government Exhibit 53 |
| 54 | AU-MDL-03324630 | AU-MDL-03324631 | 8/11/2004 | Email: "c meeting file" |
| 55 | AU-MDL-03324064 | AU-MDL-03324065 | 9/3/2004 | Email: "RE: c-meeting file--v1 ==> v3 ( modify by morris )" |
| 56 | AU-MDL-03322409 | AU-MDL-03322411 | 11/3/2004 | Email: "data" |
| 57 | AU-MDL-04418217 | AU-MDL-04418217 | 10/22/2004 | Email: "Updated: Regular "C" Meeting" |
| 57T | AU-MDL-04418217(T) | AU-MDL-04418217(T) | | Translation of Government Exhibit 57 |
| 59 | AU-MDL-03322334 | AU-MDL-03322335 | 11/5/2004 | Email: "11/4 c meeting data" |
| 60 | AU-MDL-04414881 | AU-MDL-04414881 | 11/19/2004 | Report re: ""C" Meeting in Taipei" |

## ATTACHMENT A

| 60T | AU-MDL-04414881(T) | AU-MDL-04414881(T) | | Translation of Government Exhibit 60 |
|---|---|---|---|---|
| 61 | AU-MDI-03320851 | AU-MDL-03320852 | 12/15/2004 | Email: "meeting data / dec only ..." |
| 62 | AU-MDL-02869187 | AU-MDL-02869189 | 1/13/2005 | Email: "FW: Marketing information !" |
| 62T | AU-MDL-02869187(T) | AU-MDL-02869189(T) | | Translation of Government Exhibit 62 |
| 63 | AU-MDL-03848816 | AU-MDL-03848819 | 4/7/2005 | Email: "market information from crystal meeting" |
| 63T | AU-MDL-03848816(T) | AU-MDL-03848819(T) | | Translation of Government Exhibit 63 |
| 64 | AU-MDL-03862997 | AU-MDL-03862999 | 5/19/2005 | Email: "For June price discussion" |
| 64T | AU-MDL-03862997(T) | AU-MDL-03862999(T) | | Translation of Government Exhibit 64 |
| 66 | AU-MDL-05350878 | AU-MDL-05350880 | 6/13/2005 | Email: "Marketing information update (Competitors)" |
| 66T | AU-MDL-05350878(T) | AU-MDL-05350880(T) | | Translation of Government Exhibit 66 |
| 68 | AU-MDL-05257013 | AU-MDL-05257013 | 7/13/2005 | Report re: "Updated: Rose House - Gathering" |
| 68T | AU-MDL-05257013(T) | AU-MDL-05257013(T) | | Translation of Government Exhibit 68 |
| 69 | AU-MDL-05420038 | AU-MDL-05420040 | 8/8/2005 | Email: "0804- Rose Meeting ." |
| 69T | AU-MDL-05420038(T) | AU-MDL-05420040(T) | | Translation of Government Exhibit 69 |
| 70 | AU-MDL-05256929 | AU-MDL-05256929 | 8/24/2005 | Report re: "Tea-Meeting" |
| 70T | AU-MDL-05256929(T) | AU-MDL-05256929(T) | | Translation of Government Exhibit 70 |
| 72 | AU-MDL-05416193 | AU-MDL-05416193 | 9/14/2005 | Report re: "Rose Meeting" |
| 72T | AU-MDL-05416193(T) | AU-MDL-05416193(T) | | Translation of Government Exhibit 72 |
| 73 | AU-MDL-05256860 | AU-MDL-05256860 | 11/4/2005 | Report re: "Updated: Rose Meeting ." |
| 73T | AU-MDL-05256860(T) | AU-MDL-05256860(T) | | Translation of Government Exhibit 73 |
| 75 | AU-MDL-05410611 | AU-MDL-05410612 | 11/23/2005 | Report re: "Updated: Rose Meeting--Host by CPT." |
| 75T | AU-MDL-05410611(T) | AU-MDL-05410612(T) | | Translation of Government Exhibit 75 |
| 76 | AU-MDL-05600252 | AU-MDL-05600257 | 12/7/2005 | Email: "Rose Meeting ---Numbers and Notes.---Dec07,2005" |

## ATTACHMENT A

| 76T | AU-MDL-05600252(T) | AU-MDL-05600257(T) | | Translation of Government Exhibit 76 |
|---|---|---|---|---|
| 77 | AU-MDL-05600104 | AU-MDL-05600108 | 1/9/2006 | Email: "FW: Tea-Data." |
| 80 | AU-MDL-02910944 | AU-MDL-02910945 | 4/21/2003 | Email: "Samsung monitor price report (CONFIDENTIAL)" |
| 84 | AU-MDL-03570224 | AU-MDL-03570224 | 7/31/2004 | Email: "Dell Update" |
| 94 | AU-MDL-08402480 | AU-MDL-08402483 | 4/15/2005 | Email: "Discussion -- MAY Quotation for DELL" |
| 97 | AU-MDL-08403080 | AU-MDL-08403081 | 5/25/2005 | Email: "HP: June Pricing Discussion Status" |
| 98 | AU-MDL-02772191 | AU-MDl-02772192 | 7/12/2005 | Email: "RE: CPT's pricing to DELL and LPL" |
| 99 | AU-MDL-03719263 | AU-MDL-03719265 | 7/13/2005 | Email: "Aug. pricing update" |
| 100 | AU-MDL-02769521 | AU-MDL-02769522 | 7/25/2005 | Email: "RE: HP August panel price" |
| 106 | AU-MDL-08416993 | AU-MDL-08417007 | 4/20/2006 | Email: "URGENT -- NEED Sales 1 Support" |
| 106T | AU-MDL-08416993(T) | AU-MDL-08417007(T) | | Translation of Government Exhibit 106 |
| 107 | AU-MDL-03351072 | AU-MDL-03351084 | 4/24/2006 | Presentation: "MAY Bottom Pricing Strategy" |
| 115 | AU-MDL-02934119 | AU-MDL-02934119 | 10/27/2001 | Email: "November 15" Price Adjustment for Dell (Please Notify Dell Immediately)" |
| 117 | AU-MDL-02949241 | AU-MDL-02949242 | 12/10/2001 | Email: "FW: LCD Market Pricing Information" |
| 118 | AU-MDL-08431964 | AU-MDL-08431964 | 12/19/2002 | Email: "(Confidential!!!) Dec. 2002 to Feb. 2003 Panel Prices" |
| 130 | AU-MDL-03355252 | AU-MDL-03355260 | 8/21/2003 | Presentation: "Weekly Sales Review Meeting" |
| 133 | AU-MDL-02881217 | AU-MDL-02881221 | 3/18/2004 | Email: "FW: Guang Ming Ding General Meeting" |
| 133T | AU-MDL-02881217(T) | AU-MDL-02881221(T) | | Translation of Government Exhibit 133 |
| 134 REDACTED | AU-MDL-03367666 | AU-MDL-03367669 | 4/6/2004 | Email: "CONFIDENTIAL: Crystal meeting highlight (04/02th/2004)" |
| 135 | AU-MDL-08403849 | AU-MDL-08403850 | 4/12/2004 | Email: "Competitor & AUO Pricing (Sales 1)" |
| 138 | AU-MDL-03314925 | AU-MDL-03314926 | 11/9/2005 | Email: "RE: TFT-LCD Makers shipment Report (LCD TV and NB)-- Nov.09 , 2005" |
| 148 | AU-MDL-03546156 | AU-MDL-03546161 | 3/8/2002 | Presentation: "Agenda of Crystal Operation Meeting (9:30~11:00)" |

ATTACHMENT A

| 149 | AU-MDL-03350203 | AU-MDL-03350203 | 6/5/2002 | Presentation: "Discussion Agenda" |
|---|---|---|---|---|
| 150 | AU-MDL-03350205 | AU-MDL-03350205 | 8/15/2002 | Presentation: "Crystal Operation Meeting Discussion Agenda" |
| 151 | AU-MDL-03350221 | AU-MDL-03350221 | 6/5/2002 | Spreadsheet: "TFT-LCD Price Trend for Notebook Application" |
| 152 | AU-MDL-03350206 | AU-MDL-03350206 | 12/4/2002 | Presentation: "Crystal Operation Meeting Discussion Agenda" |
| 153 | AU-MDL-03350202 | AU-MDL-03350202 | 3/20/2003 | Presentation: "Crystal Operation Meeting Discussion Agenda" |
| 154 | AU-MDL-03350204 | AU-MDL-03350204 | 7/9/2003 | Presentation: "Crystal Operation Meeting Discussion Agenda" |
| 160 | AU-MDL-03326542 | AU-MDL-03326544 | 5/28/2004 | Email: "### SP marketing activity plan 2004/may" |
| 160T | AU-MDL-03326542(T) | AU-MDL-03326544(T) | | Translation of Government Exhibit 160 |
| 167 | AU-MDL-02727046 | AU-MDL-02727047 | 3/23/2005 | Email: "competitor price survey table" |
| 179 | AU-MDL-02930298 | AU-MDL-02930298 | 12/14/2001 | Email: "FW: January 2002 Prices" |
| 181 | AU-MDL-03356461 | AU-MDL-03356461 | 3/13/2003 | Email: "Important - Competitor Pricing Intentions (APR 2003" |
| 189 | AU-MDL-02794710 | AU-MDL-02794711 | 11/23/2006 | Email: "For Your Reference #2" |
| 191 REDACTED | AU-MDL-03373641 | AU-MDL-03373643 | [no date] | Document re: "Steven Leung" |
| 194 | AU-MDL-02928140 | AU-MDL-02928141 | 2/22/2002 | Email:  "RE: P59 Update" |
| 195 | AU-MDL-02930680 | AU-MDL-02930680 | 11/5/2001 | Email: "RE: Panel taret prices" |
| 198 | AU-MDL-03352983 | AU-MDL-03352993 | 3/31/2003 | Presentation: "Weekly Business Update" |
| 198T | AU-MDL-03352983T | AU-MDL-03352993T | | Translation of Government Exhibit 198 |
| 199 | AU-MDL-03353035 | AU-MDL-03353051 | 4/28/2003 | Presentation: "Weekly Business Update" |

## ATTACHMENT A

| | | | | |
|---|---|---|---|---|
| 199T | AU-MDL-03353035T | AU-MDL-03353051T | | Translation of Government Exhibit 199 |
| 200 | AU-MDL-03354385 | AU-MDL-03354412 | 4/15/2005 | Presentation: "Weekly Business Update" |
| 200T | AU-MDL-03354385T | AU-MDL-03354412T | | Translation of Government Exhibit 200 |
| 201 | AU-MDL-03354434 | AU-MDL-03354456 | 6/5/2005 | Presentation: "Weekly Business Update" |
| 201T | AU-MDL-03354434T | AU-MDL-03354456T | | Translation of Government Exhibit 201 |
| 203 | AU-MDL-07867687 | AU-MDL-07867688 | 9/25/2001 | Email: "RE: Pricing nego. Guide line in Oct." |
| 203T | AU-MDL-07867687T | AU-MDL-07867688T | | Translation of Government Exhibit 203 |
| 206 | AU-MDL-03355290 | AU-MDL-03355352 | 7/7/2004 | Presentation: 2004 1H Review & 2H Strategy |
| 206T | AU-MDL-03355290T | AU-MDL-03355352T | | Translation of Government Exhibit 206 |
| 207 | AU-MDL-03352808 | AU-MDL-03352881 | 8/4/2004 | Presentation: JAN~JUL Review & Ongoing Strategy |
| 207T | AU-MDL-03352808T | AU-MDL-03352881T | | Translation of Government Exhibit 207 |
| 208 | AU-MDL-03349821 | AU-MDL-03349938 | 7/21/2005 | Presentation: 2005 1H Review & 2H Strategy |
| 208T | AU-MDL-03349821T | AU-MDL-03349938T | | Translation of Government Exhibit 208 |
| 210 | AU-MDL-04707403 | AU-MDL-04707405 | 1/27/2003 | Email: "Confidential---Crystal meeting highlight (01/16/2004)" |
| 211 | AU-MDL-08431938 | AU-MDL-08431939 | 4/10/2003 | Email: "RE: Important Reminder -- Crystal Operation Meeting 4/11 9am" |
| 211T | AU-MDL-08431938(T) | AU-MDL-08431939(T) | | Translation of Government Exhibit 211 |
| 212 | AU-MDL-03356483 | AU-MDL-03356483 | 5/12/2003 | Email: "Important Reminder – Crystal Operation Meeting 5/14 2pm |
| 212T | AU-MDL-03356483(T) | AU-MDL-03356483(T) | | Translation of Government Exhibit 212 |
| 215 | AU-MDL-03356486 | AU-MDL-03356486 | 1/12/2004 | Email: "Reminder -- Crystal Operation Meeting 1/16 2:00pm (FRI)" |

## ATTACHMENT A

| 215T | AU-MDL-03356486(T) | AU-MDL-03356486(T) | | Translation of Government Exhibit 215 |
|---|---|---|---|---|
| 216 | AU-MDL-03908998 | AU-MDL-03909001 | 3/11/2004 | Email: "Crystal Meeting highlight 3/5" |
| 216T | AU-MDL-03908998(T) | AU-MDL-03909001(T) | | Translation of Government Exhibit 216 |
| 217 | AU-MDL-04508613 | AU-MDL-04508615 | 3/21/2004 | Email: "RE: Crystal meeting on 04/02" |
| 218 | AU-MDL-08086187 | AU-MDL-08086187 | 8/12/2004 | Email: "Updated: Competitor Information Exchange" |
| 219 | AU-MDL-03929816 | AU-MDL-03929816 | 9/6/2004 | Email: "Competitor Information Exchange" |
| 219T | AU-MDL-03929816(T) | AU-MDL-03929816(T) | 9/6/2004 | Translation of Government Exhibit 219 |
| 220 | AU-MDL-03925190 | AU-MDL-03925190 | 10/13/2004 | Email: "Competitor Information Exchange" |
| 220T | AU-MDL-03925190(T) | AU-MDL-03925190(T) | 10/13/2004 | Translation of Government Exhibit 220 |
| 221 | AU-MDL-03919445 | AU-MDL-03919445 | 11/10/2004 | Email: "Competitor Information Exchange" |
| 221T | AU-MDL-03919445(T) | AU-MDL-03919445(T) | 11/10/2004 | Translation of Government Exhibit 221 |
| 222 | AU-MDL-05672103 | AU-MDL-05672103 | 1/12/2005 | Email: "Updated: Competitor Information Exchange" |
| 222T | AU-MDL-05672103(T) | AU-MDL-05672103(T) | 1/12/2005 | Translation of Government Exhibit 222 |
| 223 | AU-MDL-05707748 | AU-MDL-05707748 | 4/13/2005 | Email: "Competitor Information Exchange" |
| 223T | AU-MDL-05707748(T) | AU-MDL-05707748(T) | 4/13/2005 | Translation of Government Exhibit 223 |
| 225 | AU-MDL-02882348 | AU-MDL-02882349 | 3/10/2004 | Email: "RE: DELL: Change meeting plan" |
| 226 | AU-MDL-08426298 | AU-MDL-08426299 | 7/25/2004 | Email: "FW: DDBU Sales Team 1 Weekly Highlights Report (July 25 2004)" |
| 227 | AU-MDL-08401842 | AU-MDL-08401843 | 10/22/2004 | Email: "RE: Open issue of BenQ Brand 19  Price (Sep and Oct.)" |
| 228 | AU-MDL-04414486 | AU-MDL-04414486 | 11/23/2004 | Email: "Dell Updates" |
| 231 | AU-MDL-02855623 | AU-MDL-02855624 | 3/22/2005 | Email: "FW: Price Quote for April, May and June" |
| 232 | AU-MDL-07168317 | AU-MDL-07168326 | 5/15/2005 | Email: "May Pricing & 5/13 Weekly Report Files" |
| 232T | AU-MDL-07168317(T) | AU-MDL-07168326(T) | | Translation of Government Exhibit 232 |
| 233 | AU-MDL-02774825 | AU-MDL-02774827 | 6/27/2005 | Email: "Sales 1 JULY Price Negotiation Status (2005-06-27)" |
| 234 | AU-MDL-05700526 | AU-MDL-05700527 | 6/29/2005 | Email: "Market Info. Update" |

## ATTACHMENT A

| 235 | AU-MDL-04403874 | AU-MDL-04403875 | 7/14/2005 | Email: "DELL Request for Re-Quote (AUG Pricing)" |
|---|---|---|---|---|
| 237 | AU-MDL-07376238 | AU-MDL-07376245 | 10/7/2005 | Email: "Sales 1 Weekly Highlight 2005-10-06.doc" |
| 237T | AU-MDL-07376238(T) | AU-MDL-07376245(T) | | Translation of Government Exhibit 237 |
| 238 | AU-MDL-02698343 | AU-MDL-02698345 | 10/27/2005 | Email: "RE: HP Nov. Pricing Idea" |
| 240 | AU-MDL-05992865 | AU-MDL-05992867 | 12/21/2005 | Email: "RE: Market information" |
| 241 | AU-MDL-06042353 | AU-MDL-06042354 | 1/18/2006 | Email: "RE: FEB price for D company" |
| 242 | AU-MDL-06071729 | AU-MDL-06071731 | 5/13/2006 | Email: "RE: May  FPM LCD MPP - AUO" |
| 243 | AU-MDL-06111153 | AU-MDL-06111154 | 6/28/2006 | Email: "FW: FPM LCD Cost Target (AUO -July)" |
| 244 | AU-MDL-08401157 | AU-MDL-08401157 | 5/1/2002 | Important - New Pricing Procedure |
| 245 | AU-MDL-08428648 | AU-MDL-08428648 | 1/13/2003 | Email: "HP -- AU Volume & Pricing Support (JAN/FEB)" |
| 246 | AU-MDL-08430398 | AU-MDL-08430398 | 2/14/2003 | Email: "URGENT - Price info for HB visit to Dell" |
| 247 | AU-MDL-02961420 | AU-MDL-02961436 | 10/19/2003 | Email: "sales report from Tony & Nero" |
| 248 | AU-MDL-03352896 | AU-MDL-03352901 | 6/17/2002 | Presentation: "Weekly Business Review Meeting -- Desktop Displays -- Sales Overview" |
| 251 | AU-MDL-03348939 | AU-MDL-03348951 | 9/16/2002 | Email: "Sales 1 Organization & Business Update 091602: |
| 251T | AU-MDL-03348939(T) | AU-MDL-03348951(T) | | Translation of Government Exhibit 251 |
| 252 | AU-MDL-08400185 | AU-MDL-08400202 | 12/27/2002 | Email: "URGENT/Important -- Sales Call Tracking (Must Maintain)" |
| 252T | AU-MDL-08400185(T) | AU-MDL-08400202(T) | | Translation of Government Exhibit 252 |
| 254 | AU-MDL-02915004 | AU-MDL-02915006 | 3/14/2003 | Email: "Important -- Implement 2002~2003 Business Summary (DS00 Team Accounts)" |
| 256 | AU-MDL-02897000 | AU-MDL-02897000 | 6/2/2003 | Email: "Steven's Understanding: HP PRICE !!!!" |
| 257 | AU-MDL-02896734 | AU-MDL-02896744 | 6/3/2003 | Email: "HP-DELL June Pricing Proposal (2003-06-03)" |
| 258 | AU-MDL-02721334 | AU-MDL-02721334 | 8/13/2003 | Email: "DELL: Price for Oct." |
| 260 | AU-MDL-02810924 | AU-MDL-02810924 | 12/2/2003 | Email: "FW: AUO Confirmation of DEC HP 17" Pricing" |
| 261 | AU-MDL-08398729 | AU-MDL-08398729 | 12/9/2003 | Email: "URGENT -- BU Director Performance Evaluation (Shiu Lung Leung)" |

## ATTACHMENT A

| | | | | |
|---|---|---|---|---|
| 261T | AU-MDL-08398729(T) | AU-MDL-08398729(T) | | Translation of Government Exhibit 261 |
| 262 | AU-MDL-02884849 | AU-MDL-02884852 | 2/18/2004 | Email: "I am UPSET (Please READ)" |
| 264 | AU-MDL-08398495 | AU-MDL-08398507 | 3/3/2004 | Email: "DS00 2004 Operation Model Draft" |
| 265 | AU-MDL-08398450 | AU-MDL-08398455 | 3/21/2004 | Email: "Important Discussion of Sales Strategy" |
| 266 | AU-MDL-05689252 | AU-MDL-05689253 | 3/25/2004 | Email: "Note for LJ -- BenQ March Own-Brand Pricing" |
| 267 | AU-MDL-03355290 | AU-MDL-03355352 | 7/7/2004 | Presentation: "2004 1H Review & 2H Strategy -- DDBU Business Review -- Sales 1 Division" |
| 268 | AU-MDL-08403699 | AU-MDL-08403700 | 9/19/2004 | Email: "THANKS: Some Advices" |
| 269 | AU-MDL-08130980 | AU-MDL-08130988 | 10/8/2004 | Email: "IMPORTANT: Plan the Strategic Planning" |
| 270 | AU-MDL-08397463 | AU-MDL-08397463 | 10/27/2004 | Email: "URGENT Message for Sales 1" |
| 271 | AU-MDL-08397083 | AU-MDL-08397083 | 11/21/2004 | Email: "Gilbert & Roger -- PLEASE TALK TO ME." |
| 273 | AU-MDL-03378161 | AU-MDL-03378161 | 12/24/2004 | File: "Recommendation Letter (Primo Shao).doc" |
| 274 | AU-MDL-02871404 | AU-MDL-02871406 | 12/28/2004 | Email: "RE: DEC Price???" |
| 275 | AU-MDL-08130365 | AU-MDL-08130365 | 1/6/2005 | Email: "Important Message for Sales Members" |
| 277 | AU-MDL-02862476 | AU-MDL-02862476 | 2/22/2005 | Email: "Account Transfer of HP (IMPORTANT)" |
| 278 | AU-MDL-02725865 | AU-MDL-02725867 | 3/30/2005 | Email: "Request Support -- Vincent (DELL)" |
| 279 | AU-MDL-08154627 | AU-MDL-08154628 | 5/16/2005 | Email: "DDBG APR~MAY~JUN Pricing Status & Strategy" |
| 280 | AU-MDL-03725860 | AU-MDL-03725861 | 5/24/2005 | Email: "RE: URGENT & 100% CONFIDENTIAL!!!" |
| 280T | AU-MDL-03725860(T) | AU-MDL-03725861(T) | | Translation of Government Exhibit 280 |
| 282 | AU-MDL-08141394 | AU-MDL-08141395 | 11/1/2005 | Email: "Sales 1 NOV Pricing Negotiation Status Upated on 11/01/2005" |
| 283 | AU-MDL-02170725 | AU-MDL-02170800 | 2/28/2006 | Email: "FOR URGENT REFERENCE -- DS00 Strategy Review 2005-12-09" |
| 283T | AU-MDL-02170725(T) | AU-MDL-02170800(T) | | Translation of Government Exhibit 283 |
| 284 | AU-MDL-00479958 | AU-MDL-00479958 | 2/28/2006 | Email: "IMPORTANT -- Price Map DT 200602 (2006/2/1~2006/2/28)" |
| 284T | AU-MDL-00479958(T) | AU-MDL-00479958(T) | | Translation of Government Exhibit 284 |
| 285 | AU-MDL-00469025 | AU-MDL-00469026 | 4/28/2006 | Email: "IMPORTANT -- Innolux-DELL 5K 17 & 5K 19, 5/08到HK便可" |

## ATTACHMENT A

| 285T | AU-MDL-00469025(T) | AU-MDL-00469026(T) | | Translation of Government Exhibit 285 |
|---|---|---|---|---|
| 286 | AU-MDL-00468189 | AU-MDL-00468189 | 6/5/2006 | Email: "FINAL REMINDER -- Price Survey (PLEASE SUPPORT)" |
| 287 | AU-MDL-00467860 | AU-MDL-00467863 | 6/22/2006 | Email: "URGENT -- HP $139 19 Invoice Price" |
| 288 | AU-MDL-08168635 | AU-MDL-08168636 | 7/7/2006 | Email: "IMPORTANT NOTE -- My Expectations for Weekly Reports" |
| 289 | AU-MDL-08166507 | AU-MDL-08166507 | 10/5/2006 | Email: "IMPORTANT & URGENT -- Price Map DT 200610 (2006/10/1~2006/10/5)" |
| 289T | AU-MDL-08166507(T) | AU-MDL-08166507(T) | | Translation of Government Exhibit 289 |
| 290 | AU-MDL-00510548 | AU-MDL-00510549 | 12/20/2006 | Email: "RE: Meeting Summary of HP-AUO 12/15 con-call" |
| 291 | AU-MDL-03588417 | AU-MDL-03588417 | 10/7/2004 | Email: "### Key message get from October meeting. (2004-10/6)" |
| 292 | AU-MDL-02914640 | AU-MDL-02914641 | 3/25/2003 | Email: "HP -AU meeting note (Mar 22)" |
| 293 | AU-MDL-03352142 | AU-MDL-03352148 | 9/30/2004 | Presentation: "Team Organization Assignment Review" |
| 294 | AU-MDL-04433705 | AU-MDL-04433706 | 6/1/2004 | Email: "HP June Price Negotiation Plan" |
| 295 | AU-MDL-04707524 | AU-MDL-04707527 | 11/20/2003 | Email: "Confidential !! - Crystal Operation Meeting Highlights (11/7/2003)" |
| 296 | AU-MDL-03345489 | AU-MDL-03345492 | 4/4/2002 | Email: "URGENT/Draft Letter for KY to HP (Benoit)" |
| 297 | AU-MDL-05252332 | AU-MDL-05252383 | 11/1/2005 | Document: "AU Optronics Corporation Org. Chart" |
| 823 | AU-MDL-04414476 | AU-MDL-04414476 | 11/23/2004 | Email: "Dec. Price Quote Update" |
| 870 | AU-MDL-03371132 | AU-MDL-03371133 | 6/4/2001 | Presentation: "Global Business Development Team Organization" |
| 870T | AU-MDL-03371132(T) | AU-MDL-03371133(T) | | Translation of Government Exhibit 870 |
| 871 | AU-MDL-08401265 | AU-MDL-08401266 | 11/12/2001 | Email: "Important -- DD BU Sales Assignment Proposal/Draft" |
| 871T | AU-MDL-08401265(T) | AU-MDL-08401266(T) | | [Translation of Government Exhibit 871 forthcoming] |
| 872 | AU-MDL-08401286 | AU-MDL-08401288 | 6/7/2002 | Email: "DD SD2 JUN/JUL Volume/Revenue Plan" |

## ATTACHMENT A

| 873 | AU-MDL-03378758 | AU-MDL-03378758 | 11/19/2003 | Presentation: "Team Organization & Account Assignment" |
|---|---|---|---|---|
| 874 | AU-MDL-02884854 | AU-MDL-02884857 | 2/18/2004 | Email: "Urgent Clarification -- BenQ-DELL Project Issues" |
| 875 | AU-MDL-03355010 | AU-MDL-03355012 | 10/22/2004 | File: "Sales 1 Weekly Highlight 2004-10-22.doc" |
| 876 | AU-MDL-03355013 | AU-MDL-03355014 | 10/30/2004 | File: "Sales 1 Weekly Highlight 2004-10-30.doc" |
| 877 | AU-MDL-03349821 | AU-MDL-03349938 | 7/21/2005 | Presentation: "2005 1H Review and 2H Strategy" |
| 877T | AU-MDL-03349821(T) | AU-MDL-03349938(T) | | [Translation of Government Exhibit 877 forthcoming] |
| 878 | AU-MDL-08380864 | AU-MDL-08380865 | 3/31/2006 | Presentation: "2006 DS00 Organization - Current" |