DENNIS R. CASHMAN (SBN 133390)
DARA L. CASHMAN (SBN 115018)
LAW OFFICES OF DENNIS CASHMAN
3223 Webster St.
San Francisco, CA  94123
Telephone:     (415) 328-4715


Attorneys for Defendant Shiu Lung Leung
aka Chao-Lung Liang and Steven Leung

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHIU LUNG LEUNG, aka CHAO-LUNG LIANG and STEVEN LEUNG ,<br><br>　　　　Defendant. | Case No. 09-CR-0110 SI<br><br>~~(PROPOSED)~~ ORDER CLARIFYING STEVEN LEUNG'S BAIL CONDITIONS |

IT IS HEREBY ORDERED that Defendant Steven Leung may travel within the United States, if such travel is approved by his Pretrial Services Officer.

1/13/14     _____
　　　　　　　　Honorable Judge Susan Illston