DENNIS R. CASHMAN (SBN 133390)
DARA L. CASHMAN (SBN 115018)
LAW OFFICES OF DENNIS CASHMAN
3223 Webster St.
San Francisco, CA  94123
Telephone:     (415) 328-4715

Attorneys for Defendant Shiu Lung Leung
aka Chao-Lung Liang and Steven Leung

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHIU LUNG LEUNG, aka CHAO-LUNG LIANG and STEVEN LEUNG ,<br><br>    Defendant. | Case No. 09-CR-0110 SI<br><br>(~~PROPOSED~~) ORDER GRANTING DEFENDANT SHIU LUNG LEUNG'S UNOPPOSED APPLICATION FOR TEMPORARY RELEASE OF PASSPORT |

IT IS HEREBY ORDERED that Defendant Shiu Lung Leung's passport be temporarily released into the custody of his attorneys (Dara and Dennis Cashman).  The passport will remain in the custody of either Mr. or Mrs. Cashman, until it is presented to an immigration hearing officer during the hearing regarding Mr. Leung's wife's immigration status.  This hearing will occur on April 11, 2014.  Once the hearing officer has examined and/or copied the passport for use during the hearing, the passport will be returned to one of Mr. Leung's attorneys, who will then return the passport to the .  The passport will not be given to Mr. Leung, nor will it be used for travel in any way.

Dated: April __1__, 2014                    _____

                                                                    Honorable Judge Susan Illston