DENNIS R. CASHMAN (SBN 133390)
DARA L. CASHMAN (SBN 115018)
LAW OFFICES OF DENNIS CASHMAN
3223 Webster St.
San Francisco, CA 94123
Telephone:   (415) 328-4715

Attorneys for Defendant Shiu Lung Leung
aka Chao-Lung Liang and Steven Leung

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIU LUNG LEUNG, aka CHAO-LUNG LIANG and STEVEN LEUNG,<br><br>Defendant. | Case No. 09-CR-0110 SI<br><br>**DEFENDANT SHIU LUNG LEUNG'S UNOPPOSED APPLICATION AND (PROPOSED) ORDER FOR TEMPORARY INTERNATIONAL TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA** |

Defendant Shiu Lung Leung hereby requests that this Court permit him to travel outside the Northern District of California, to Taoyuan County, Taiwan, to attend mother-in-law's funeral. This request is based on the following:

1. On April 16th, 2014, this court permitted Mr. Leung to travel to Taiwan to bid farewell to his mother-in-law, who had fallen into a coma and was on life support system. She was not expected to live beyond a few days after the order was signed.

2. Mr. Leung did travel to Taiwan, and was able to bid farewell to his mother-in-law, Mrs. Ho Tao-Mei Hsu, while she was in the hospital. While Mrs. Hsu was not expected to live beyond a couple of days after being taken off life support, she did not actually pass on until May 5th, 2014, (Taiwan time).

3. Mr. Leung's original travel order allowed him to stay in Taiwan until May 14th. However, due to work requirements, and school obligations for his son Jordan, Mr. Leung was forced to return to the United States on April 30th, before his mother-in-law passed on.

4. As instructed by the original travel order, Mr. Leung promptly returned his passport to Pretrial Services upon his return to the United States.

5. Now that Mrs. Hsu has expired, Mr. Leung would like to once again return to Taiwan with his son Jordan, this time to attend the funeral for his mother in law, which is scheduled for May 15th. He would return to the United States on May 18th, (which is only four days beyond the date of return set out in his original travel order, and which allows for the time difference between California and Taiwan).

6. Mr. Leung will stay at his home address, #22, Lane 3, Bai-Nian 2 Street, Longtan Township, Taoyuan County, 325 Taiwan.

7. Mr. Leung will continue to observe all other terms of his release while in Taiwan. Through counsel, he will provide the government and his Pretrial Services Officer with his detailed itinerary.

8. In order to facilitate his travel by air consistent with TSA regulations, Mr. Leung requests this Court direct Pretrial Services to temporarily return his passport to him. He will use the passport to travel to Taiwan and return to the Northern District of California only. Mr. Leung will return his passport to the custody of Pretrial Services immediately upon his return, no later than May 18th 2014, (subject only to Pretrial Services business hours).

9. Counsel has communicated with government attorney Mr. Peter Huston, and Pretrial Services Officer Alan Lew. Neither party has any objection to this travel.

Accordingly, Mr. Leung respectfully requests that the terms of his release be temporarily modified to permit the requested travel.

Dated: May 5th, 2014

                                        s/ Dennis Cashman
                                        Attorney for Shiu Lung Leung

## ORDER

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that Defendant Shiu Lung Leung's conditions of release are hereby modified temporarily to permit him to travel outside of the Northern District of California consistent with the terms and conditions set forth above. Pretrial Services is directed to return Mr. Leung's passport to him or his counsel to permit Mr. Leung to travel as set forth above. Mr. Leung shall immediately return his passport to Pretrial Services when the above-described travel is complete (subject only to Pretrial Services' business hours).

IT IS SO ORDERED.

Dated: May 6, 2014

The Honorable Susan Illston
United States District Judge