DENNIS R. CASHMAN (SBN 133390)
DARA L. CASHMAN (SBN 115018)
LAW OFFICES OF DENNIS CASHMAN
3223 Webster St.
San Francisco, CA  94123
Telephone:     (415) 328-4715

Attorneys for Defendant Shiu Lung Leung
aka Chao-Lung Liang and Steven Leung

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 09-CR-0110 SI |
|---|---|
| Plaintiff, | **DEFENDANT SHIU LUNG LEUNG'S UNOPPOSED APPLICATION AND (PROPOSED) ORDER FOR RENEWAL OF PASSPORT** |
| v. | |
| SHIU LUNG LEUNG, aka CHAO-LUNG LIANG and STEVEN LEUNG , | |
| Defendant. | |

Defendant Shiu Lung Leung hereby requests that this Court issue an order allowing him to renew his United States passport.  This request is based on the following:

1. Mr. Leung's United States passport is due to expire on January 31, 2015.
2. Renewal of passports generally take weeks to process, and for Mr. Leung it is expected it will be more involved, so he needs to begin the process early.
3. In order to facilitate the renewal of the passport, Mr. Leung requests this Court allow the passport to be released to either Dara or Dennis Cashman, his attorneys.  They will then present it to a US Department of State Passport Agency, along with Mr. Leung's application and the Court order allowing the renewal of the passport.
4. The application will request that the new passport, as well as the old one, be returned to the Cashman Law Offices.

5. Dara or Dennis Cashman will then return both the old and the new passports to Pretrial Services, who will maintain custody of the passports per the current order.
6. Mr. Leung will not have possession of either the old or the new passport during the renewal process.
7. Counsel has communicated with government attorney Mr. Peter Huston, and Pretrial Services Officer Carol Mendoza.  Neither party has any objection to the renewal of the passport in this manner.
8. Other than Mr. Leung's conditions of release denying him possession of his passport, there is no legal reason for a denial of renewal of the passport.

Accordingly, Mr. Leung respectfully requests that the Court issue an order allowing him to renew his passport in the manner described above.

Dated: June 18th , 2014

                                              s/ Dennis Cashman_____
                                               Attorney for Shiu Lung Leung

1
2
3
4  **ORDER**
5  Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that Defendant
6  Shiu Lung Leung be allowed to apply for renewal of his passport in the above manner.
7
8  IT IS SO ORDERED.
9
10  Dated: June 23, 2014                             _____
11                                                  The Honorable Susan Illston
                                                    United States District Judge